(Post. 3/26/13)

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2014 JUL 23  AM 9:44

JAMES W. McCORMACK
BY: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 23 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Bennie L. Bullock
_____

_____

(Name of plaintiff or plaintiffs)

v.

PC Construction
_____

_____

(Name of defendant or defendants)

CIVIL ACTION NO. 4:14cv0428-BSM
(case number to be supplied by the assignment clerk)

This case assigned to District Judge Miller
and to Magistrate Judge Kearney

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Bennie L. Bullock__, is a (name of plaintiff) citizen of the United States and resides at __1373 Gold Ave__, (street address) __Memphis__, __Shelby__, __Tn__, __38106__ (city) (county) (state) (ZIP) __269-277-0704__ (telephone)

3. Defendant, __PC Construction__, lives at, or its (name of defendant) business is located at __193 Tilley Drive__, __South Burlington__ (street address) (city) __Chittenden__, __VT__, __05403__. (county) (state) (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at ___1405 Kollie Rd___, ___Conway___,
___Faulkner___, ___AR___, ___72034___.
(county) (street address) (city)
(state) (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about ___03___ ___6-13___ ___2013___.
(month) (day) (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about ___4___ ___03___ ___13?___.
(month) (day) (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on ___04___ ___30___ ___2014___, a copy of which notice
(month) (day) (year)
is attached to this complaint.

8. Because of plaintiff's (1) _____ race, (2) __✓__ color, (3) _____ sex, (4) _____ religion, (5) _____ national origin, defendant:

    (a) _____ failed to employ plaintiff.

    (b) _____ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

    (d) _____ _____

_____

_____

_____

9. The circumstances under which the defendant discriminated against plaintiff were

as follows: **See attached Number # of EEOC Complaint**

10. The acts set forth in paragraph 9 of this complaint:

    (a) _____ are still being committed by defendant.

    (b) ✓ are no longer being committed by defendant.

    (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, and

    (b) ✓ Defendant be directed to re-employ plaintiff, and

    (c) ✓ Defendant be directed to promote plaintiff, and

    (d) _____ Defendant be directed to _____

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

*Bennie L. Bullock*
SIGNATURE OF PLAINTIFF

Number 9 EEOC Complaint

1 On about 03-06-13 Defendant hired plaintiff to work as a carpenter. Defendant agreed to pay Plaintiff $19.00 an hour and pay the cost of him living in a hotel for a month. The hotel arrangement stem from plaintiff relocating from Memphis, Tennessee to Conway, Arkansas which is about a 3 hour drive.

2 On my 2nd day on the job there was a blowout ( concrete broke the form ) and I asked one of the laborers to get a paddle bit and drill a hole through a 2 by 4 board and put a stake in it to prop up the wall. Jim the Superintendent was very angry about the blow out. He told us to go to the other side of the wall, There, a laborer said I got something against you " Nigger, " I stared at him in disbelief. My hammer was a stolen

3. Another employee said that Michael Vick, the quarterback for the Philadelphia Eagles got out of prison and changed his name to convict and that Michael Jackson was eating and sucking littleboys. Both of these people are Black and the not so subtle point is that Black are homosexual and criminal,

Also on day 2 the foreman " Buddy" and a carpenter nicknamed " Hillbilly" referred to President Obama as a MF ( motherfucker ) and vey angrily said that he was the worse President ever .To be sure I am not the President but I am Black and feel that anger was directed toward me

4. On the 3rd day another tool was stolen – a speed square was stolen

5.On my last day- the day that Buddy told not to come back he referred to me and other member of the crew as " ladies" and I overheard one of the carpenters who worked on the wall with me say that I was an over paid " boy ". The safety man Larry approached me stating that I mentioned that I had a back and rotator cuff problem on my application and that he didn't want me to work and get hurt. I told him that my back was fine as a result of a steroid injection that I had in 2008 and that I had 2 rotator cuff surgeries and that my shoulder was fine. I also told him that I was out of construction for 2 1/2 years during which time I went to school for and was certified in safety and knew how to work safely. He questioned me in such a ways as to make me feel unwanted and this feeling was confirmed by the foreman " Buddy " on the same day telling me not to come back

None of the white employees involved in the 1st or 2nd blowout were sent home in spite for the fact that the foreman Buddy made unflattering remarks to me about the quality of their work – he said that it was shoddy . I was discriminated against because of my race. There were 2 white carpenters working with me when the blowout occurred. They were not threatened or punished with salary reduction or termination, Both were on Buddy's. crew . One was Hillbilly
and I do know the name of the other one but he worked on Buddy's crew the same that that I was given the option of having my salary reduced from $19.00 to $15.00 an hour. The reduction was the idea if Project Manager Brian Walker and his Superintendent. This amounted to a breach of contract.

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Bennie L. Bullock
1373 Gold Ave.
Memphis, TN 38106

From: Little Rock Area Office
820 Louisiana
Suite 200
Little Rock, AR 72201

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2013-01364 | Matilda S. Louvring, Investigator | (501) 324-5535 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature: William A. Cash, Jr.]*

**William A. Cash, Jr.,**
**Area Office Director**

APR 2 5 2014
*(Date Mailed)*

Enclosures(s)

cc: David B. Borsykowsky
General Counsel
PC CONSTRUCTION
193 Tilley Drive
South Burlington, VT 05403